In the Matter of REGAN HORIKE, Respondent, v MARK FREEDMAN, Appellant. (And Another Related Proceeding.)

Submitted March 28, 2011; decided May 10, 2011

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed the Family Court order denying appellant's application, denied; motion for leave to appeal otherwise dismissed upon the ground that the remaining portion of the Appellate Division order does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of JOHN JAY COLLEGE OF CRIMINAL JUSTICE OF THE CITY UNIVERSITY OF NEW YORK. RIVER CENTER LLC et al., Appellants, v DORMITORY AUTHORITY OF THE STATE OF NEW YORK, Respondent.

Submitted January 31, 2011; decided May 10, 2011

Motions, insofar as they seek leave to appeal from so much of the Appellate Division order as affirmed Supreme Court's order denying River Center LLC's motion to reopen, dismissed upon the ground that such portion of the Appellate Division order does not finally determine the proceeding within the meaning of the Constitution; motions for leave to appeal otherwise denied.